Appeal of PAUL BROWN.
Brown v. Commissioner
Docket No. 252.
United States Board of Tax Appeals
1 B.T.A. 201; 1924 BTA LEXIS 215; December 18, 1924, decided Submitted December 3, 1924. *215 Mr. Paul Brown, the taxpayer, in pro. per. W. Frank Gibbs, Esq. (Nelson T. Hartson, Solicitor of Internal Revenue) for the Commissioner. *201 Before IVINS, KORNER, and MARQUETTE. FINDINGS OF FACT. The taxpayer's income tax return for 1920 shows that in that year he was a married man with four children. In computing his tax *202 he took credit for a personal exemption of $3,300. The Commissioner reduced this credit to $2,800, and accordingly found a deficiency in tax of $20, as set forth in his deficiency letter mailed August 18, 1924. The taxpayer appealed from this determination by a petition filed October 13, 1924. DECISION. The determination of the Commissioner is approved. (Revenue Act of 1918; section 216(c)(d).)